IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MOHAMED GAMAR AHMED,<br><br>        Defendant. | CASE NO.   4:22CR3053<br><br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

    (1)    The defendant affirms receiving a copy of the indictment;

    (2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

    (3)    The defendant pleads not guilty to all counts of the indictment.

_Mohamed Ahmed_                      _5/24/2022_
Defendant                                            Date

_[signature]_                              _5/24/22_
Attorney for Defendant                       Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _24th_ day of May, 2022.

BY THE COURT:

_[signature]_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT